```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 33239
   JACKIE A HEARD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8610


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/04/2008 and was not confirmed.

      The case was dismissed without confirmation 03/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

NUVELL CREDIT CO LLC       SECURED NOT I    9288.92           .00           .00
CITIFINANCIAL AUTO CREDI   SECURED VEHIC       .00            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1798.38           .00           .00
MACYS RETAIL HOLDINGS      UNSECURED         645.75           .00           .00
MERRICK BANK               UNSECURED        2588.85           .00           .00
RMI/MCSI                   UNSECURED         250.00           .00           .00
MONTEREY FINANCIAL         UNSECURED          29.16           .00           .00
CITIFINANCIAL AUTO CREDI   UNSECURED       NOT FILED          .00           .00
REGIONAL ACCEPTANCE CORP   SECURED VEHIC   16021.00           .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED          32.49           .00           .00
ARROW FINANCIAL SERVICES   UNSECURED         540.40           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        1509.83           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         544.17           .00           .00
BANK OF AMERICA NA         UNSECURED       NOT FILED          .00           .00
AT&T                       UNSECURED       NOT FILED          .00           .00
WOW INTERNET & CABLE SER   UNSECURED       NOT FILED          .00           .00
SUBURBAN EMERGENCY PHYSI   UNSECURED       NOT FILED          .00           .00
COMED                      UNSECURED       NOT FILED          .00           .00
HSBC BANK                  UNSECURED       NOT FILED          .00           .00
MEDICAL                    UNSECURED       NOT FILED          .00           .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED         397.42           .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED       NOT FILED          .00           .00
NUVELL CREDIT CO LLC       UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        2698.09           .00           .00
HOUSEHOLD                  UNSECURED       NOT FILED          .00           .00
PRA RECEIVABLES MGMT       UNSECURED         340.80           .00           .00
TARGET NATIONAL BANK       UNSECURED        1004.21           .00           .00
ROUNDUP FUNDING LLC        UNSECURED         194.13           .00           .00
WFNNB NEW YORK & COMPANY   UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY         UNSECURED        1799.35           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 33239 JACKIE A HEARD
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                             ---------------       ---------------
TOTALS                               .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 33239 JACKIE A HEARD